THE NEW YORK BRICK AND PAVING COMPANY, Appellant, *v.*
BRONX BOROUGH BANK OF NEW YORK, Respondent.

*New York Brick & Paving Co.* v. *Bronx Borough Bank of New York,* 105
App. Div. 623, affirmed.

(Argued October 12, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
June 12, 1905, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term without a jury in an action to recover for the
alleged conversion of certain checks.

*Louis L. Waters* for appellant.

*Henry C. Henderson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN and CHASE, JJ. Absent: GRAY, J. Not sitting:
HISCOCK, J.